AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of New Mexico

| United States of America | ) | |
| v. | ) | |
| Jeffrey Lane Goebel | ) | Case No.  26 - 1796 MJ |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| Defendant | | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Jeffrey Lane Goebel _____ ,
who is accused of an offense or violation based on the following document filed with the court:

❑ Indictment    ❑ Superseding Indictment    ❑ Information    ❑ Superseding Information    ☑ Complaint
❑ Probation Violation Petition    ❑ Supervised Release Violation Petition    ❑ Violation Notice    ❑ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922 (g)(1) - Felon in Possession of a Firearm and Ammunition

Date:    04/14/2026 _____    _____
*Issuing officer's signature*

City and state:    Las Cruces, New Mexico _____    Jerry H. Ritter, United States Magistrate Judge _____
*Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . <br><br> Date: _____    _____ <br> *Arresting officer's signature* <br><br> _____ <br> *Printed name and title* |