IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **JEFFREY LANE GOEBEL**, | ) | CRIMINAL NOS.  25-CR-5012 DHU |
| | ) | 26-MJ-1796 |
| Defendant. | ) | |
| | ) | |

**UNITED STATES' NOTICE OF RELATED CASES**

The United States of America notifies the Court that the subject matter in the above-captioned cases is related to one another.

The United States hereby represents that the theories of prosecution, facts, evidence and witnesses in the listed cases are substantially common to one another.  The United States respectfully suggests that the above-listed cases should be assigned to a single United States District Judge of this Court in the interest of judicial economy.

Respectfully submitted,

TODD BLANCHE
Acting Attorney General
RYAN ELLISON
First Assistant United States Attorney

*/s/   Electronically filed 4/15/26*
RENEE L. CAMACHO
JONATHAN GENNARI
Assistant U.S. Attorneys
200 N. Church Street
Las Cruces, NM 88001
(575) 522-2304 - Tel.

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification to defense counsel of record on this date.

*/s/   Electronically filed 4/15/26*
RENEE L. CAMACHO
Assistant United States Attorney